FILED

05/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

No. DA 20-0083

## In the Supreme Court of the State of Montana

GREENFIELDS IRRIGATION DISTRICT, *et al.*,

*Defendants-Appellants*,

v.

STATE OF MONTANA, DNRC, *et al.*,

*Plaintiffs-Appellees*.

On Appeal from the First Judicial District, Lewis and Clark County
The Honorable Michael F. McMahon, Presiding

### Order Granting Second Unopposed Motion for Extension of Time

Pursuant to Mont. R. App. P. 26(2), Appellants have moved this Court for a 75-day extension of time. Having reviewed the motion and the declaration attached thereto,

**IT IS HEREBY ORDERED** that the Court determines that Appellants have shown that diligence and substantial need warrant the requested extension and **GRANTS** Appellants' motion. Appellants are granted a 75-day extension of time up to and including August 7, 2020, to file their opening brief.

Dated this _____ day of May, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2020